UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESSIE E. JONES,

    Plaintiff,

v.

    File no: 2:08-CV-133

    HON. ROBERT HOLMES BELL

MARY BONEVELLE,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket #29) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's motion for an injunction and restraining order (docket #12) is **DENIED**.


Dated:   March 10, 2010            /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         UNITED STATES DISTRICT JUDGE